UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JACOB BAXTER

    Plaintiff,

v.

DANNY R. CHEADLE and VILLAGE OF PALESTINE, ILLINOIS,

    Defendants.

Case No. 25-cv-390-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that Counts I, II and VIII are dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that Counts III, IV, V, VI and VII are dismissed without prejudice.

**DATED:  November 7, 2025**

                                  MONICA A. STUMP, Clerk of Court

                                <u>s/Tina Gray, Deputy Clerk</u>

**Approved:**    <u>s/ J. Phil Gilbert</u>
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**